DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIMBERLY S. SULLIVAN,** as Personal Representative of the
Estate of Thomas Andrew Sullivan, Deceased,
Appellant,

v.

**FAYE G. SULLIVAN,** individually and as Personal Representative of the
Estate of Meredith Sullivan Chapman, Deceased.
Appellee.

No. 4D2023-3112

[May 23, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 31-2023-CA-001085.

James Prescott Covey, Vero Beach, for appellant.

Eric Steven Eber of Block & Scarpa, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***